Motion Granted; Appeal Dismissed and Memorandum
Opinion filed December 23, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00755-CV

____________

 

MICHAEL A. QUINN, Appellant

 

V.

 

DALE A. RUHMANN, Appellee

 



 

On Appeal from the County Civil Court at Law No. 4

Harris County, Texas

Trial Court Cause No. 950562

 



 

MEMORANDUM 
OPINION

This is
an appeal from a judgment signed April 30, 2010.  On December 20, 2010, the
parties filed a motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The
motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices Boyce
and Jamison.